DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-182-FDW

| MICHAEL S. HARPER, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| TERRY LEMON, | ) |
| FNU WHITLEY, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Compel Production of Documents, (Doc. No. 22), and Plaintiff's Motion to Compel Interrogatories, (Doc. No. 23). Plaintiff's motions will be denied as premature because discovery has not commenced in this action.[1] Plaintiff is advised that discovery in this action does not commence until after Defendants have been served and answered or otherwise responded to the Complaint, and after the Court has entered a Pretrial Order and Case Management Plan in this matter setting forth deadlines for discovery and dispositive motions. Moreover, once discovery commences, Plaintiff must seek discovery from Defendants directly rather than filing motions with the Court.

**IT IS THEREFORE ORDERED THAT:**

---

[1] The Court has allowed limited discovery only to the extent that Plaintiff may contact the North Carolina Attorney General directly to determine the correct name of Defendant FNU Whitley. (Doc. No. 21).

Plaintiff's Motion to Compel Production of Documents, (Doc. No. 22), and Plaintiff's Motion to Compel Interrogatories, (Doc. No. 23), are **DENIED** as premature.

Frank D. Whitney
Chief United States District Judge