DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-182-FDW

| MICHAEL S. HARPER, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| TERRY LEMON, FNU WHITLEY, | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Discovery, (Doc. No. 27), in which Plaintiff seeks discovery from Defendants as to the name of a correctional officer employed at Lanesboro Correctional Institution at the time of the incident giving rise to this action. Plaintiff's motion is denied to the extent that Plaintiff shall seek discovery from Defendants directly rather than through a motion filed with the Court.

**IT IS THEREFORE ORDERED THAT:**

(1) Plaintiff's Motion for Discovery, (Doc. No. 27), is **DENIED**.

Frank D. Whitney
Chief United States District Judge

1