DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-182-FDW

| MICHAEL S. HARPER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| TERRY LEMON, | ) |  |
| FNU WHITLEY, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time to File Appropriate Motions, (Doc. No. 30), on Plaintiff's Motion for Disclosure of Impeachment Information, (Doc. No. 31), and on Plaintiff's Motion to Appoint Counsel, (Doc. No. 32).

First, as to Plaintiff's Motion for Extension of Time to File Appropriate Motions, (Doc. No. 30), the parties shall have thirty additional days in which to file dispositive motions in this action. Thus, dispositive motions shall be due on or before April 11, 2016.

Next, as to Plaintiff's Motion for Disclosure of Impeachment Information, the motion is denied. Pursuant to Local Rule 26.2 and the Court's scheduling order entered on October 14, 2015, all discovery requests in this matter are to be served on the parties, and discovery requests are not to be filed with the Court. (Doc. No. 25 at 2). Thus, Plaintiff shall serve his discovery requests on Defendants.

Finally, as to Plaintiff's Motion to Appoint Counsel, Plaintiff's motion is denied for the same reasons the Court has denied his prior motions to appoint counsel. See (Doc. Nos. 8; 19).

**IT IS THEREFORE ORDERED** that:

1

(1) Plaintiff's Motion for Extension of Time to File Appropriate Motions, (Doc. No. 30), Plaintiff's Motion for Disclosure of Impeachment Information, (Doc. No. 31), and Plaintiff's Motion to Appoint Counsel, (Doc. No. 32), are **DENIED**.

Frank D. Whitney
Chief United States District Judge