# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cv-182-GCM

| | |
|---|---|
| MICHAEL S. HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TERRY LEMON and FNU WHITLEY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to a typographical error, this case was set for trial on January 9, 2018.

THEREFORE, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **Monday, January 8, 2018, at 10:00 a.m**. in the Western District of North Carolina, Charlotte Courthouse, 401 W. Trade St., Charlotte, North Carolina, in Courtroom 2-2.

IT IS SO ORDERED.

Signed: June 12, 2017

Graham C. Mullen
United States District Judge