DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-182-GCM

| | |
|---|---|
| MICHAEL S. HARPER, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| TERRY LEMON, FNU WHITLEY, | ) |
| Defendants. | ) |

This matter is before the Court on a motion of Defendants Lemon and Whitley requesting that the Court allow a Judicial Settlement Conference in this matter. (Doc. No. 62). Plaintiff consents to the request.

For good cause shown, Defendants' motion requesting a Judicial Settlement Conference, (Doc. No. 62), is **ALLOWED**. The Court shall notify the parties of the date and time of the settlement conference in a separate order to follow.

Signed: August 18, 2017

Graham C. Mullen
United States District Judge

1