DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-182-GCM

| MICHAEL S. HARPER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| TERRY LEMON, FNU WHITLEY, | ) | |
| Defendants. | ) | |

Upon the Court's own motion, and with the parties' consent, the Judicial Settlement Conference in this matter shall be held on Wednesday, October 11, 2017, with United States Magistrate Judge David Keesler, presiding. The Court will notify the parties of the time and place for the judicial settlement conference at a future date. The Court currently anticipates that the conference will be held via video conference.

Signed: September 12, 2017

Graham C. Mullen
United States District Judge

1