# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-182-GCM

| | |
|---|---|
| MICHAEL S. HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TERRY LEMON and FNU WHITLEY ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 66) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference, and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at **10:00 a.m. on Wednesday, October 11, 2017**, in Courtroom #2-2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #2-2 for this purpose.

**SO ORDERED**.

Signed: September 13, 2017

David C. Keesler
United States Magistrate Judge